**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WYNDHAM VACATION OWNERSHIP, INC.,

      Plaintiff,

v.                            Case No:   6:14-cv-68-Orl-40KRS

LISA MILOSZEWSKI,

      Defendant.

**ORDER**

This cause is before the Court on Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice (Doc. 67) filed on August 21, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Judge Spaulding's Report and Recommendation (Doc. 74) was filed on October 17, 2014, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 17, 2014 (Doc. 74), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** that the settlement of the FLSA claims is a fair and reasonable resolution of a bona fide dispute over FLSA provisions, *Lynn's Food Stores*, 679 F.2d at 1354.

3. The Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice (Doc. 67) is hereby **GRANTED**.

    4.    Counsel for Miloszewski is **ORDERED** to provide a copy of the Court's Order to Miloszewski.

    5.    The case is **DISMISSED WITH PREJUDICE**.

    6.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties